**Opinion issued June 25, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00486-CR

————————————

## IN RE TONY ORLANDO MYLES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Tony Orlando Myles filed a petition for writ of mandamus seeking relief from the Harris County District Clerk's purported failure to file Myles's application for a writ of habeas corpus. Concluding we lack jurisdiction, we dismiss Myles's petition.

On June 21, 2012, we affirmed Myles's conviction for the offense of aggravated sexual assault of a child. *See Myles v. State*, No. 01-11-00188-CR,

2012 WL 2357426, at *6 (Tex. App.—Houston [1st Dist.] June 21, 2012, pet. ref'd) (mem. op., not designated for publication). Myles's petition, and the trial and appellate court records, reflect that Myles seeks relief from a final felony conviction. Only the Texas Court of Criminal Appeals has jurisdiction in habeas corpus proceedings seeking relief from a final felony conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2005); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee,* 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). This Court lacks jurisdiction to grant the relief Myles seeks. *See Board of Pardons & Paroles ex rel. Keene,* 910 S.W.2d at 483; *In re McAfee*, 53 S.W.3d at 717–18; *see also In re Berry*, No. 01-11-00855-CR, 2012 WL 253142, at *1 (Tex. App.—Houston [1st Dist.] Jan. 26, 2012, orig. proceeding) (mem. op., not designated for publication) ("We have no authority to issue writs of mandamus in criminal law matters pertaining to habeas corpus proceedings in which relief is sought from a final felony judgment. That jurisdiction lies exclusively with the Texas Court of Criminal Appeals."). Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do Not Publish. TEX. R. APP. P. 47.2(b).